# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Cenlar FSB, | ) | Case No. 4:12-cv-03172-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT ORDER TO** |
| Marilyn B. McDowell; The United States | ) | **REMAND** |
| of America acting by and through its | ) | |
| agency the Internal Revenue Service; | ) | |
| Carolina Lakes Homeowners Association, | ) | |
| Inc.; Monarch Financial Services, Inc.; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

(506951.00634 JDW)

Plaintiff Cenlar FSB and Defendant United States of America, by their respective undersigned counsel, hereby consent to the remand of this matter to the Court of Common Pleas for Horry County, State of South Carolina.

IT IS NOW THEREFORE ORDERED that this action be and is hereby remanded to the Court of Common Pleas for Horry County, and the Clerk of this Court is ordered to transfer the file to the Clerk of Court for Horry County, South Carolina for further proceedings herein.

This 20th day of February, 2013.

/s/Mary G. Lewis
United States District Court Judge

WE DO HEREBY CONSENT:

| | |
|---|---|
| */s/Jason D. Wyman* | */s/ Matthew J. Modica* |
| Jason D. Wyman (Fed. I.D. # 11294) | Matthew J. Modica |
| Rogers Townsend & Thomas, P.C. | Assistant United States Attorney |
| P.O. Box 100200 (29202) | 1441 Main Street, Suite 500 |
| 220 Executive Center Drive | Columbia, South Carolina 29201 |
| Columbia, South Carolina 29210 | Telephone: 803.929.3000 |
| Jason.Wyman@rtt-law.com | Facsimile: 803.252.2759 |
| Telephone: 803.771.7900 | |
| *Attorney for Plaintiff* | |
| | Pascale Guerrier |
| | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| | 555 4th Street, N.W., Room 6214 |
| | Washington, D.C. 20001 |
| | Telephone: 202.353.1978 |
| | Facsimile: 202.514.4963 |
| | Email: pascale.guerrier@usdoj.gov |
| | *Attorneys for Defendant* |